IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ROOSEVELT MITCHELL                                              PLAINTIFF

VERSUS                              CIVIL ACTION NO. 5:07cv94DCB-JMR

COLUMBIA PROPERTIES VICKSBURG LLC                DEFENDANT

## ORDER

This cause comes before the Court pursuant to the Suggestion of Bankruptcy filed by Plaintiff on May 13,2008. The Court finds that there appears to be no further reason to maintain the file as an open one for statistical purposes.

Nothing contained in this minute entry shall be considered a dismissal or disposition of this matter and should further proceedings in it become necessary or desirable, any party may initiate it in the same manner as if this minute entry had not been entered .

This the 15th day of May , 2008

s/John M. Roper Sr.
UNITED STATES MAGISTRATE JUDGE